IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CURTIS STEWART, Register No. 182472, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4204-CV-C-SOW |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 17, 2006, the United States Magistrate Judge recommended that plaintiff's motions for preliminary injunctive relief be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the response filed by plaintiff on February 6, 2006. In his response, plaintiff is merely attempting to amend his claims on which he has been granted leave to proceed and is not challenging the recommendation to deny his requests for preliminary injunctive relief.

The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of the Magistrate Judge is adopted [26]. It is further

ORDERED that plaintiff's motions for preliminary injunctive relief are denied, without prejudice [1, 14, 17, 23, 24, 25].

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 2-14-06