IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

CURTIS STEWART, Register No. 182472,     )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )     No. 05-4204-CV-C-SOW
                                          )
DAVE DORMIRE, et al.,                     )
                                          )
                    Defendants.           )

## ORDER

Although this case has been stayed pending resolution of plaintiff's second interlocutory appeal filed in this case, there are outstanding issues pending in two Reports and Recommendations of the United States Magistrate Judge which must be timely resolved. The motions at issue in these Reports and Recommendations are in excess of six months old, and some involve plaintiff seeking preliminary injunctive relief in this case.

On April 4, 2007, Magistrate Judge William A. Knox recommended denying plaintiff's motion for preliminary injunction and related motions for contempt and reconsideration. On May 3, 2007, Judge Knox further recommended that plaintiff's motion for summary judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff, which were titled motions to amend. The issues raised in plaintiff's exceptions were adequately addressed in the reports and recommendations. Plaintiff's new assertion in support of his motion for summary judgment that there is no dispute of material fact, is unsupported by any evidence in the record. The court is persuaded that the recommendations of the Magistrate Judge are correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's exceptions are overruled and the Reports and Recommendations of April 4 and May 3, 2007, are adopted. [105, 113, 116, 121] It is further

ORDERED that plaintiff's motion for preliminary injunction and related motions for contempt and reconsideration, and plaintiff's motion for summary judgment are denied [71, 89, 91, 94].

                                                /s/Scott O. Wright
                                                SCOTT O. WRIGHT
                                                Senior United States District Judge

Dated: August 27, 2007